We have repeatedly stated that we cannot and will not intervene in matters involving the fact-finding function of the trier of fact. This case presents us with no reason to alter this long-standing principle.

Our review of the record and briefs fails to disclose that the trial commissioner and the compensation review board acted other than in accordance with applicable law.

The decision of the compensation review board is affirmed.

DONALD E. BRYANT, JR. *v.* HELEN V. BRYANT
(14682)

Lavery, Landau and Heiman, Js.

Argued February 26—decision released March 26, 1996

*Donald E. Bryant, Jr.,* pro se, the appellant (plaintiff).

PER CURIAM. The judgment is affirmed.

DONALD E. BRYANT, JR. *v.* HELEN V. BRYANT
(14199)

Lavery, Landau and Heiman, Js.

Argued February 26—decision released March 26, 1996